IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

─────────────────────

No. 96-21039

─────────────────────

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

OCTAVIO BETANCUR

Defendant-Appellant.

─────────────────────

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CR-304-1)

─────────────────────

January 8, 1999

Before HIGGINBOTHAM, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

─────────────────────

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.